UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN LEE TRIPP,<br><br>                    Petitioner,<br><br>v.<br><br>JOE LOMBARDO, Sheriff of Clark County, Nevada, *et al.*,<br><br>                    Respondent. | Case No. C17-1050-RSL<br><br>ORDER TRANSFERRING FEDERAL HABEAS ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    This matter is TRANSFERRED to the United States District Court for the District of Nevada, Southern Division.

//

//

//

ORDER TRANSFERRING FEDERAL
HABEAS ACTION - 1

(3)    The Clerk is directed to take the necessary steps to transfer the case, and to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this  8th  day of  September, 2017.

_____
ROBERT S. LASNIK
United States District Judge

ORDER TRANSFERRING FEDERAL
HABEAS ACTION - 2